UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**SHAYNE SHOUR,**

   *Plaintiff*,

v.                                                   Case No.  SA-22-CV-00383-JKP

**ALLSTATE VEHICLE AND
PROPERTY INSURANCE COMPANY,**

   *Defendant*.

**O R D E R**

Having reviewed the Joint Stipulation of Dismissal with Prejudice filed by Plaintiff, Shayne Shour, and Defendant, Allstate Texas Lloyd's, it is hereby **ORDERED** that Plaintiff's causes of action against Defendant are hereby **DISMISSED WITH PREJUDICE** to refiling same. All costs of Court are hereby charged against the party incurring same.

It is so ORDERED.
SIGNED this 14th day of September, 2023.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE